RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 03-mj-05476-MHW |
|---|---|
| Plaintiff, | **MOTION TO DISMISS** |
| vs. | |
| SIMON LOPEZ OROZCO | |
| Defendant. | |

The United States of America, by and through Rafael M. Gonzalez, Jr., Acting United States Attorney, moves for dismissal of the complaint filed in the above mentioned case. As a result of the dismissal the Government requests the arrest warrant be quashed. The grounds of the motion are set forth below.

On or about July 2, 2003, this office requested a complaint and warrant issue charging Simon Lopez Orozco with unlawful flight to avoid prosecution (UFAP) in violation of 18 U.S.C. § 1073, based on a request from the Elmore County Prosecuting Attorney's Office alleging that Lopez Orozco was an accessory to a murder and/or assisted another in evading prosecution for the same. The underlying matter has been successfully prosecuted. Presently, Lopez Orozco is

MOTION TO DISMISS - 1

believed to be in Mexico and has been there for some time. Accordingly, the federal UFAP investigation has been closed, although the state warrant remains outstanding against Lopez Orozco.

For these reasons, the Government moves to dismiss the instant complaint and quash the warrant that issued therefrom.

Respectfully submitted this 17th day of March, 2017.

RAFAEL M. GONZALEZ, JR.
Acting United States Attorney

_____
Rafael M. Gonzalez, Jr.
Acting United States Attorney
District of Idaho

MOTION TO DISMISS - 2